IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| IMA JEAN EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-096 |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 34). Plaintiff does not offer any new information or evidence that warrants deviation from the Magistrate Judge's recommendation. Therefore, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Acting Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Acting Commissioner.

SO ORDERED this 14th day of March, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE