# United States District Court
## *Southern District of Georgia*

IMA JEAN EVANS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-096

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 14, 2017, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Acting Commissioner's final decision is AFFIRMED, judgment is hereby ENTERED in favor of the Acting Commissioner, and this civil action stands CLOSED.



March 14, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk